UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>J. FREDERICK MOTZ<br>UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-0782<br>(410) 962-2698 FAX |

February 28, 2013

MEMO TO COUNSEL RE: Melinda Goode v. American Veterans, Inc.
Civil No. JFM-11-2414

Dear Counsel:

I hope that the various discovery disputes have come to an end.

In any event, to clear up the docket I am hereby denying the motion to compel and the motion for protective order (documents 62 and 64) filed by plaintiff. Plaintiff's motion to seal (document 78) is granted.

As for the dispute about the unredacted version of the November 17th meeting, there is no pending motion. I do not believe that any action on my part is appropriate.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge